FORM 3-1

# UNITED STATES COURT OF INTERNATIONAL TRADE

| | |
|---|---|
| THE AMERICAN PERSONAL TRANSPORTATION VEHICLE MANUFACTURERS COALITION,<br><br>                     Plaintiff,<br><br>     v.<br><br>UNITED STATES,<br><br>                     Defendant. | Before: Hon. _____<br><br>Court No. 25-00203 |

**TO:**    The Attorney General and the Department of Commerce:

**PLEASE TAKE NOTICE** that a civil action has been commenced pursuant to 28 U.S.C. § 1581(c) to contest the determination described below.

                                                                        /s/ *Mario Toscano*
                                                                       Clerk of the Court

---

1. Plaintiff is the American Personal Transportation Vehicle Manufacturers Coalition. Plaintiff is a domestic interested party within the meaning of 19 U.S.C. § 1677(9)(E) and was also a participant in the proceeding underlying this appeal and is therefore an interested party within the meaning of 19 U.S.C. §§ 1516a(f)(3) and 1677(9)(E). Plaintiff therefore has standing to commence this action pursuant to 28 U.S.C. § 2631(c) and 19 U.S.C. § 1516a(d).
   (Name and standing of plaintiff)

2. Plaintiff contests certain aspects of the U.S. Department of Commerce's final results in the antidumping duty investigation of *Certain Low-Speed Personal Transportation Vehicles From the People's Republic of China*, 90 Fed. Reg. 26,530 (Dep't Commerce June 23, 2025) (final affirm deter. of sales at less than fair value and final affirm. deter. of critical circumstances, in part. This determination is contested pursuant to 19 U.S.C. § 1516a(a)(2)(A)(i)(II) and 19 U.S.C. § 1516a(a)(2)(B)(i).
   (Brief description of the contested determination)

3. Commerce issued its final determination on June 16, 2025, and the corresponding order was published August 12, 2025.
   (Date of determination)

4. Commerce published its final determination on June 23, 2025 and the corresponding order was published on August 12, 2025.
   (If applicable, date of publication in Federal Register of notice of contested determination)

FORM 3-2

Robert E. DeFrancesco, III, Esq.
Derick G. Holt, Esq.
Theodore P. Brackemyre, Esq.
Stephen A. Morrison, Esq.

**WILEY REIN LLP**
2050 M Street, NW
Washington, DC 20036
(202) 719-7000
WileyTrade@wiley.law

 /s/ Robert E. DeFrancesco, III
Signature of Plaintiff's Attorney

September 11, 2025
Date

**SEE REVERSE SIDE**

FORM 3-1

**SERVICE OF SUMMONS BY THE CLERK**

If this action, described in 28 U.S.C. § 1581(c), is commenced to contest a determination listed in section 516A(a)(2) or (3) of the Tariff Act of 1930, the action is commenced by filing a summons only, and the clerk of the court is required to make service of the summons. For that purpose, list below the complete name and mailing address of each defendant to be served.

(As amended July 21, 1986, eff. Oct. 1, 1986; Sept. 30, 2003, eff. Jan. 1, 2004; Nov. 28, 2006, eff. Jan 1, 2007; Dec. 7, 2010, eff. Jan 1, 2011).

Attorney in Charge
International Trade Field Office
U.S. Department of Justice, Civil Division
Room 346, Third Floor
26 Federal Plaza
New York, NY 10278

Supervising Attorney
Civil Division – Commercial Litigation Branch
U.S. Department of Justice
P.O. Box 480
Ben Franklin Station
Washington, DC 20044

General Counsel
U.S. Department of Commerce
14th Street and Constitution Avenue, NW
Washington, DC 20230